IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OSWALD ACEVES FLORES, | HONORABLE JEROME B. SIMANDLE |
| Petitioner, | Civil No. 09-2724 (JBS)<br>Criminal No. 05-259 (JBS) |
| v. | |
| UNITED STATES OF AMERICA, | **ORDER** |
| Respondent. | |

This matter having come before the Court on application of petitioner Oswald Aceves Flores for habeas corpus relief pursuant to 28 U.S.C. § 2255; and the Court having considered the submissions of Petitioner and of the United States; and for the reasons set forth in the Opinion of today's date;

IT IS on this **21st** day of **July, 2010,** hereby

ORDERED that Petitioner's application for a writ of habeas corpus shall be, and hereby is, **DENIED**; and

IT IS FURTHER ORDERED that no certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1), the petitioner having failed to make a substantial showing of the denial of a constitutional right.

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge